**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PRO-BATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 19, 1996.

### ORDER

PER CURIAM.

**AND NOW,** to wit, this **19th** day of **March, 1996,** the appeal is dismissed as moot.

■

**In re Nomination Petition of Michael J. McMONAGLE (Candidate for Republican Delegate to the National Convention), Francis T. Sullivan, Petitioner.**

Supreme Court of Pennsylvania.

March 27, 1996.

John P. Williamson, Broomall, for M. McMonagle.

Bradley K. Moss, Philadelphia, for F. Sullivan.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

AND NOW, this 27th day of March, 1996, it is ordered that the request for an expedited hearing is DENIED, and the Order of the Commonwealth Court granting the Petition to Set Aside the Nomination Petition of Michael J. McMonagle for Delegate to the Republican National Convention from the

Second Congressional District is hereby AFFIRMED.